IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MADISON B. TURNER,

    Plaintiff,                                   Case No.: 2:21-cv-04192-NKL

v.

ILG TECHNOLOGIES LLC,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF SERVICE OF**
**PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT**

Madison B. Turner, ("Plaintiff"), pursuant to Local Rule 26.3(b) and Fed. R. Civ. P. 33, hereby certifies that she served four (4) Interrogatories on Defendant, ILG Technologies LLC, by email this 19th day of December, 2022, to Defendant's counsel:

> ABEL BEAN LAW P.A.
> ATTN: Jacqueline A. Van Laningham
> 100 N. Laura Street, Suite 501
> Jacksonville, FL 32202
>
> BANDRÉ HUNT & SNIDER, LLC
> ATTN: David G. Bandré
> 227 Madison Street
> Jefferson City, Missouri 65101

DATED: December 19, 2022.

Respectfully Submitted,

*Madison B. Turner* (signature)

By:
Madison B. Turner
Pro Se Plaintiff
7615 SW 58th Ln
Apt. #103
Gainesville, FL 32608
(731)-446-5954
mbt16b@my.fsu.edu

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system via the EDSS feature for pro se filers which provides electronic service to Defendant's counsel.

    Respectfully Submitted,

*Madison B. Turner*

By:
Madison B. Turner
Pro Se Plaintiff
7615 SW 58th Ln
Apt. #103
Gainesville, FL 32608
(731)-446-5954
mbt16b@my.fsu.edu