IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MADISON B. TURNER,

    Plaintiff,                                                 Case No.: 2:21-cv-04192-NKL

v.

ILG TECHNOLOGIES LLC,

    Defendant.

_____/

### **PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

        Madison B. Turner ("Plaintiff"), proceeding *pro se*, respectfully requests a brief extension of time to file reply suggestions in response to Defendant, ILG Technologies, LLC's Response In Opposition To Plaintiff's Rule 60(b)(1) Motion For Relief From Final Judgment (Doc. 93) filed on March 22, 2023. Plaintiff's deadline to file reply suggestions was April 5, 2023. Plaintiff has been unable to draft the reply suggestions because she has been very ill. Plaintiff was hospitalized for a majority of last week during which time the filing deadline passed. *See*, Exhibit 1.

        Plaintiff apologizes to the Court, the Defendant, and Defendant's counsel for missing the deadline without notice– Plaintiff's hospitalization was due to a medical emergency and she was unable to contact the Court or Defendant's counsel prior to the deadline due the circumstances. Plaintiff requests this extension in good faith and not for an improper purpose. No party will be prejudiced by the granting of this motion, seeing as it is the only matter pending before the Court which has not yet been fully briefed.

Dated this 10th day of April, 2023.                                    Respectfully Submitted,

By:
Madison B. Turner
Pro Se Plaintiff
7615 SW 58th Ln
Apt. #103
Gainesville, FL 32608
(731)-446-5954
mbt16b@my.fsu.edu

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system via the EDSS feature for pro se filers which provides electronic service to Defendant's counsel.

Respectfully Submitted,

By:
Madison B. Turner
Pro Se Plaintiff
7615 SW 58th Ln
Apt. #103
Gainesville, FL 32608
(731)-446-5954
mbt16b@my.fsu.edu